Robert J. Bach, Esq.
RB - 2751
60 East 42nd Street
40th Floor
New York, NY 10165
212-867-4455
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-29-05

COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
PATRICIA DUFFY

        PLAINTIFF

  against

CIGNA LIFE INSURANCE CO. OF NEW YORK, and
GOLDMAN SACHS LONG TERM DISABILITY PLAN

        DEFENDANTS
-----------------------------------------X

INDEX NO.

2005 CV 1456(HB) (FM)

ECF CASE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the attorneys of records for the parties in the above captioned action, that this action is dismissed with prejudice and without costs to any party, subject to the right of the plaintiff to re-instate this action, within 60 days from the date the Court consents to this Stipulation and Order. The Court shall retain jurisdiction over the action, only for the purposes of enforcing the settlement agreement and general release of all claims to be entered into by the parties.

ROBERT J. BACH, ESQ.

By: _____
Robert J. Bach, Esq.
(RB-2751)
60 East 42nd Street
40th Floor

RUSSO, KEANE AND TONER

By: _____
Jamie R. Morris, Esq. (JM1949)
Russo, Keane and Toner
26 Broadway
New York, NY 10004

SO ORDERED:
_____
Harold Baer, Jr. U.S.D.J.
Date: 11/29/05

New York, NY 10165
212-867 - 4455
Attorney for Plaintiff

212-482-0001
Attorney for Defendants.

New York, NY
November 23, 2005

So Ordered:

_____
Harold Baer Jr., U.S.D.J.
Dated: